HATTIE A. THAYER, Appellant, *v.* FARMERS' FIRE INSUR-ANCE ASSOCIATION, Respondent.

*Thayer* v. *Farmers' Fire Ins. Association*, 151 App. Div. 948, affirmed.
(Argued March 20, 1914; decided April 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 5, 1912, affirming a judgment in favor of defendant entered upon a verdict in an action to recover upon a policy of fire insurance.

*Walter E. Ward* for appellant.

*Danforth E. Ainsworth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.